# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE CHI WAN, ) | |
| Plaintiff, ) | Case No. 2:14-cv-01619-RFB-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PLUTE MORTGAGE LLC, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Wells Fargo Bank, N.A.'s ("defendant") Ex Parte Motion for Extension of Time to Respond to Plaintiff's Complaint (doc. # 6), filed January 9, 2015.

Local Rule 7-5(b) provides that "[a]ll ex parte motions, applications or requests shall contain a statement showing good cause why the matter was submitted to the Court without notice to all parties." Civ.L.R. 7-5(b). In addition, Local Rule 7-5(c) provides that "[m]otions, applications or requests may be submitted ex parte only for compelling reasons, and not for unopposed or emergency motions." Civ.L.R. 7-5(c).

Here, defendant's ex parte motion contains neither a statement establishing "good cause," nor a statement demonstrating "compelling reasons." Having failed to do so, defendant's ex parte motion must be denied.

Accordingly, **IT IS HEREBY ORDERED** that defendant's Ex Parte Motion for Extension of Time to Respond to Plaintiff's Complaint (doc. # 6) is **denied**.

DATED: January 12, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**